| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WINTERBOTHAM PARHAM TEEPLE, A PC<br>DALE PARHAM (CBN#47045)<br>4371 LATHAM STREET, SUITE 105<br>RIVERSIDE, CALIFORNIA 92501<br>(951) 686-7717<br>(951) 686-2536 FAX<br><br>☐ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE           DIVISION**

| In re:<br>    Sheila H Ackerson | CASE NO.: 6:10-bk-46364-MJ<br><br>CHAPTER: 13 |
|---|---|
| | **DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** |
| | DATE: 12/20/10<br>TIME: 1:30 PM<br>COURTROOM: 301<br>PLACE: U.S. Bankruptcy Court<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |
| Debtor(s). | |

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** National City (PNC Financial Group, Inc. as successor in interest.)

**A. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s).

*Street Address:* 7468 Addison Road
*Unit Number:*
*City, State, Zip Code:* Rancho Cucamonga, CA 91730

Legal description or document recording number (including county of recording):

☐ See attached page.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                    Page 1                    **F 4003-2.4.MOTION**

**B. Case History**:

1.  A voluntary petition under Chapter ☐ 7  ☐ 11  ☐ 12  ☑ 13 was filed on: 11/8/10

2.  ☐ An Order of Conversion to Chapter 13 was entered on *(specify date)*:

**C. Grounds for Avoidance of Junior Lien:**

1.  As of 11/9/10_____, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

    i. America's Servicing Company_____in the amount of $ 441,365.00_____.

    ii. Pnc Bank_____in the amount of $ 54,124.00_____  ☑ is ☐ is not
    to be avoided;

    iii. _____in the amount of $ _____  ☐ is ☐ is not
    to be avoided;

    ☐ See attached page for additional lien(s).

2.  As of 11/9/2010_____, Property is worth no more than $ 340,000.00_____.

    a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

3.  **Evidence in Support of Motion:**

    a. ☑ The amount of the lien identified in paragraph C(1)(i) is based on Mortgage Statement_____,
    attached hereto and identified as Exhibit 1__ .

    b. ☑ The amount of the lien identified in paragraph C(1)(ii) is based on Mortgage Statement_____,
    attached hereto and identified as Exhibit 2__ .

    c. ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on_____,
    attached hereto and identified as Exhibit ___ .

    d. ☐ The relative priority of the liens encumbering the Property is established by evidence attached as
    Exhibit ___.

    e. ☑ The value of the Property from paragraph C(2) is based on Real Estate Appraisal (Exhibit 3)____,
    attached as

    f. ☐ Exhibit_____.

    g. ☑ Debtor submits the attached Declaration(s).

    h. ☑ Other evidence *(specify)*:  David Dysart's Declaration (Exhibit 4), Debtor's Declaration (Exhibit 5)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                Page 2                        **F 4003-2.4.MOTION**

4.  **WHEREFORE, Debtor prays that this Court issue an Order granting the following relief:**

    a.  That the Property is valued at no more than $ 340,000.00 _____ .

    b.  That no payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

    c.  That the Respondent's claim on the junior position lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

    d.  That the avoidance of the Respondent's junior lien is contingent upon:  The Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

    e.  That the Respondent shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

    f.  That in the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

5.  ☐ See attached continuation page for additional provisions.

Dated:  11/17/10 _____

Respectfully submitted,

By: _____
    *Signature of Debtor or Attorney for Debtor*

Name:  Dale Parham _____
    *Type Name of Debtor or Attorney for Debtor*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                   Page 3                          **F 4003-2.4.MOTION**

# EXHIBIT "1"

**ASC**
AMERICA'S SERVICING COMPANY

Return Mail Only
PO Box 10388
Des Moines, IA 50306-0388

## Monthly Mortgage Statement

| | |
|---|---|
| Statement Date | 08/10/10 |
| Loan Number | 1158067318 |

### Customer Service

**Online**
mortgageaccountonline.com

**Fax**
(866) 453-6315

**Telephone**
(800) 842-7654

**Correspondence**
PO Box 10328
Des Moines IA 50306

**Hours of Operation**
Mon - Fri 8 AM - 6 PM C

**Payments**
PO Box 60768
Los Angeles CA 90060

1AT        1654/009654/003307 033 01 ACNK5J 106 020

SHEILA H ACKERSON
7468 ADDISON RD
RANCHO CUCAMONGA CA 91730-7232

### Important Messages

Our records indicate your loan has outstanding charges in the amount of $1,901.35 from a previous delinquency. Please call us at the Customer Service phone number listed above to make payment arrangements.

## Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $2,462.76 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment 09/01/10** | **$2,462.76** |
| Overdue Payments | |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $0.00 |
| | $0.00 |
| **TOTAL PAYMENT DUE 09/01/10** | |
| | **$2,462.76** |

**Property Address**
7468 ADDISON RD
RANCHO CUCAMONGA CA 91730

| | |
|---|---|
| Unpaid Principal Balance | $441,365.40 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest Rate | 3.375% |
| Interest Paid Year-to-Date | $6,242.08 |
| Taxes Paid Year-to-Date | $8,935.86 |
| Escrow Balance | $1,907.12 |

## Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 08/10 | PAYMENT | $2,462.76 | $841.89 | $1,243.71 | $377.16 | | |

---

**ASC**
AMERICA'S SERVICING COMPANY

*Please detach and return with your payment*

009654/003307 ACNK5J 1654 ETM1C002 1

| Loan Number | 1158067318 |
|---|---|
| Current Monthly Payment Due | $2,462.76 |
| Total Payment Due 09/01/10 | $2,462.76 |
| After 09/16/10 Add Late Fee | $104.28 |
| Total Amount Due After 09/16/10 | $2,567.04 |

Check here and see reverse for address correction.

SHEILA H ACKERSON

1654/009654/003307 033 01 ACNK5J 106 020

AMERICA'S SERVICING CO.
PO BOX 60768
LOS ANGELES CA 90060-0768

| | | |
|---|---|---|
| Monthly Payment x pmt amt | A | $ |
| Additional Principal | B | $ |
| Late Charges | C | $ |
| Other Charges | D | $ |
| Additional Escrow | E | $ |

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

Total Amount Enclosed
(Please do not send cash)

106 1158067318 0 100002462760256704024627600000000

# EXHIBIT "2"

# National City

PO Box 856153
Louisville KY 40285-6153

The address noted above is a payment-processing center only. To mail correspondence or request payoff information, please contact customer service at 1-800-925-9250.

46062   0000100-001

SHEILA H ACKERSON
7468 ADDISON RD
RCH CUCAMONGA CA  91730-7232

## Installment Loan Statement

Including Activity Through: April 15, 2010
**Total Due Summary**

| | |
|---|---|
| Payment Due: | $187.57 |
| Past Due Payments: – due immediately | $.00 |
| **Minimum Amount Due:** | **$187.57** |
| **Due Date:** | **05/04/10** |
| Total Late Fees Owed: | $240.00 |
| Total Other Fees Owed: | $.00 |
| Total Payment and Fees: | $427.57 |
| Ending Principal Balance* | $52,124.49 |

*This is NOT your payoff amount.

Loan Account Number:   01-144-4586207747
Payments Remaining:            148

## Transaction Detail

| Description | Total Amount |
|---|---|
| Payment | 187.57 |

**Date**
04/14/10

[signature]

**Principal Only Payments**   Send your payment and written instructions to the following address. Please include your name and account number.
National City, P. O. Box 5570, Loc 7107, Cleveland, OH 44101-0570

**National City, Now a part of PNC.**
As you may already know, National City Bank has now merged with PNC Bank.

Although the merger is effective, it will take time for the transition.  During the transition period, you may receive communications that *include either the National City Bank or PNC Bank name.*

We'll keep you informed as we continue this transition process.  If you have any questions regarding your account, please call the customer service phone number listed on your account statement.

To find out more, please visit www.welcometopnc.com.

Visit our website at: NationalCity.com

667-0838-0909F

# EXHIBIT "3"

**TITAN APPRAISALS**

File No. ACKERSONRCUC2055-1(

**APPRAISAL OF**



**LOCATED AT:**

7468 ADDISON ROAD
RANCHO CUCAMONGA, CA  91730

**FOR:**

ACKERSON
7468 ADDISON RD
RANCHO CUCAMONGA, CA  91730

**BORROWER:**

ACKERSON

**AS OF:**

October 6, 2010

**BY:**

OMAR GUTIERREZ
STATE LICENSED REAL ESTATE APPRAISER

4724 GOLDEN RIDGE DR, CORONA, CA 92880 -- 562.522-3419

**TITAN APPRAISALS**

File No. ACKERSONRCUC2055-

October 6, 2010

ACKERSON
7468 ADDISON RD
RANCHO CUCAMONGA, CA  91730

File Number:   ACKERSONRCUC2055-10

In accordance with your request, I have appraised the real property at:

7468 ADDISON ROAD
RANCHO CUCAMONGA, CA  91730

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of          October 6, 2010               is:

$340,000
Three Hundred Forty Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

OMAR GUTIERREZ
STATE LICENSED REAL ESTATE APPRAISER

**FannieMae**

## Desktop Underwriter Quantitative Analysis Appraisal Report

File No.: ACKERSONRCUC2055-

**THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT FOR A MORTGAGE FINANCE TRANSACTION ONLY.**

| | |
|---|---|
| Property Address | 7468 ADDISON ROAD    City RANCHO CUCAMONGA    State CA    Zip Code 91730 |
| Legal Description | LOT:018, TRACT:13304    County SAN BERNARDINO |
| Assessor's Parcel No. | 0227-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    Tax Year 2009    R.E.Taxes $ 3792.92    Special Assessments $ N/A |
| Borrower ACKERSON | Current Owner ACKERSON    Occupant: [X] Owner [ ] Tenant [ ] Vacant |
| Neighborhood or Project Name | N/A    Project Type [ ] PUD [ ] Condominium [ ] HOA$ N/A /Mo. |
| Sales Price $ N/A | Date of Sale N/A    Description $ amount of loan charges/concessions to be paid by seller    N/A |
| Property rights appraised [X] Fee Simple [ ] Leasehold | Map Reference 573-D7    Census Tract 0020.06 |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Location | [ ] Urban [X] Suburban [ ] Rural | Property values [ ] Increasing [X] Stable [X] Declining | Single family housing |  |  | Condominium housing |  |  |
|---|---|---|---|---|---|---|---|---|
| | | | PRICE $(000) | AGE (yrs) | | PRICE $(000) | AGE (yrs) | |
| Built up | [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/supply [ ] Shortage [X] In balance [ ] Over supply | 215 Low | 8 | | N/A | N/A Low N/A | |
| Growth rate | [ ] Rapid [X] Stable [ ] Slow | Marketing time [ ] Under 3 mos. [X] 3-6 mos. [ ] Over 6 mos. | 500 High | 35 | | N/A | High N/A | |
| Neighborhood boundaries SEE ATTACHED ADDENDUM. | | | Predominant | | | Predominant | | |
| | | | 335 | 22 | | N/A | N/A | |

| | |
|---|---|
| Dimensions PLEASE SEE ATTACHED PLAT MAP | Site area 4500 SQFT.    Shape RECTANGULAR |
| Specific zoning classification and description R1;SINGLE FAMILY RESIDENCE | |
| Zoning compliance [X] Legal [ ] Legal nonconforming (Grandfathered use); [ ] Illegal, attach description [ ] No zoning | |
| Highest and best use of subject property as improved (or as proposed per plans and specifications): [X] Present use [ ] Other use, attach description. | |

| Utilities | Public | Other | | Public | Other | Off-site improvements | Type | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street | ASPHALT | [X] | |
| Gas | [X] | | Sanitary sewer | [X] | | Alley | NONE | | |

Are there any apparent adverse conditions (easements, encroachments, special assessments, slide areas, etc.)? [ ] Yes [X] No    If Yes, attach description.

Source(s) used for physical characteristics of property: [X] Interior and exterior inspection [ ] Exterior inspection from street [ ] Previous appraisal files
[ ] MLS [ ] Assessment and tax records [ ] Prior Inspection [ ] Property owner [X] Other (Describe): NDC DATA,REALIST

| | | | | | |
|---|---|---|---|---|---|
| No. of Stories 1 | Type (Det./Att.) DET | Exterior Walls STUCCO | Roof Surface C.TILE | Manufactured Housing [ ] Yes [X] No | |

Does the property generally conform to the neighborhood in terms of style, condition, and construction materials? [X] Yes [ ] No    If No, attach description.

Are there any apparent physical deficiencies or conditions that would affect the soundness or structural integrity of the improvements or the livability of the property?
[ ] Yes [X] No    If Yes, attach description.

Are there any adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of
the subject property? [ ] Yes [X] No    If Yes, attach description.

I researched the subject market area for comparable listings and sales that are the most similar and proximate to the subject property.
My research revealed a total of 42 sales ranging in sales price from $ 245,000 to $ 360,000
My research revealed a total of 8 listings ranging in list price from $ 245,000 to $ 355,000
The analysis of the comparable sales below reflects market reaction to significant variations between the sales and the subject property.

| FEATURE | SUBJECT | SALE 1 | | SALE 2 | | SALE 3 | |
|---|---|---|---|---|---|---|---|
| Address | 7468 ADDISON ROAD RANCHO CUCAMONGA | 11852 MANHATTAN CT RANCHO CUCAMONGA | | 7532 SMALLWOOD PL RANCHO CUCAMONGA | | 7376 EL DORADO CT RANCHO CUCAMONGA | |
| Proximity to Subject | | 0.41 miles ESE | | 0.39 miles ESE | | 0.76 miles W | |
| Sales Price | $ N/A | $ 328,000 | | $ 333,000 | | $ 338,000 | |
| Price/Gross Liv. Area | $ 0.00 ⊠ | $ 163.59 ⊠ | | $ 170.25 ⊠ | | $ 198.47 ⊠ | |
| Data & Verif. Sources | | MLS,NDC,R.LIST/PUB. RECS. | | MLS,NDC,R.LIST/PUB. RECS. | | MLS,NDC,R.LIST/PUB. RECS. | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sales or Financing Concessions | | CONV. 80% DOC.# 355618 | | CONV. 41% DOC.# 300918 | | FHA. 99% DOC.# 383225 | |
| Date of Sale/Time | N/A | 08/31/2010 | | 07/27/2010 | | 09/17/2010 | |
| Location | SUBURBAN | SUBURBAN/SIM | | SUBURBAN/SIM | | SUBURBAN/SIM | |
| Site | 4500 SQFT. | 4400 SQFT. | | 4400 SQFT. | | 6630 SQFT. | -2,000 |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design (Style) | CONV./AVG | CONV./SIM | | CONV./SIM | | CONV./SIM | |
| Actual Age (Yrs.) | 1989 | 1999 | | 1999 | | 1985 | |
| Condition | AVERAGE | SIMILAR | | SIMILAR | | SIMILAR | |
| Above Grade Room Count | Total 8 Bdrms 4 Baths 2.50 | Total 7 Bdrms 4 Baths 2.50 | | Total 7 Bdrms 3 Baths 2.50 | +4,000 | Total 7 Bdrms 4 Baths 2.00 | +1,500 |
| Gross Living Area | 1,925 Sq.Ft. | 2,005 Sq.Ft. | 0 | 1,956 Sq.Ft. | 0 | 1,703 Sq.Ft. | +9,000 |
| Basement and Finished Rooms Below Grade | NONE DOM=N/A | NONE DOM=173 | | NONE DOM=4 | | NONE DOM=10 | |
| Garage/Carport | 2-CAR GARAGE | 2-CAR GARAGE | | 2-CAR GARAGE | | 2-CAR GARAGE | |
| AMENITIES: | CVPOR,CVPAT | SIMILAR | | SIMILAR | | SUPERIOR | -3,000 |
| OTHER: | F/P,B/INS | SIMILAR | | SIMILAR | | SIMILAR | |
| Net Adj. (total) | | [X] + [ ] - $ 0 | | [X] + [ ] - $ 4,000 | | [X] + [ ] - $ 5,500 | |
| Adjusted Sales Price of Comparables | | Gross: 0.0% Net: 0.0% $ 328,000 | | Gross: 1.2% Net: 1.2% $ 337,000 | | Gross: 4.6% Net: 1.6% $ 343,500 | |
| Date of Prior Sales | 04/15/2005 | 04/19/2007 | | 02/03/2000 | | 05/04/2006 | |
| Price of Prior Sales | $ 479,000 | $ 532,000 | | $ 184,500 | | $ 523,000 | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of the prior sales of subject and comparables: SEE ATTACHED
ADDENDUM.

Summary of sales comparison and value conclusion: SEE ATTACHED ADDENDUM.

This appraisal is made [X] "as-is", or [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or
[ ] subject to the following repairs, alterations or conditions:

BASED ON AN [ ] EXTERIOR INSPECTION FROM THE STREET OR AN [X] INTERIOR AND EXTERIOR INSPECTION, I ESTIMATE THE MARKET VALUE, AS DEFINED,
OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT TO BE $ 340,000 , AS OF 10/06/2010

Produced using ACI software, 800.234.8727 www.aciweb.com

**Desktop Underwriter Quantitative Analysis Appraisal Report**    File No.: ACKERSONRCUC2055-

**Project Information for PUDs** (if applicable)--Is the developer/builder in control of the Home Owners' Association (HOA)?    ☐ Yes ☐ No
Provide the following information for PUDs only if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Total number of phases _____    Total number of units _____    Total number of units sold _____
Total number of units rented _____    Total number of units for sale _____    Data Source(s) _____
Was the project created by the conversion of existing buildings into a PUD?    ☐ Yes ☐ No  If yes, state date of conversion: _____
Does the project contain any multi-dwelling units?    ☐ Yes ☐ No Data Source: _____
Are the common elements completed?    ☐ Yes ☐ No If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?    ☐ Yes ☐ No  If yes, attach addendum describing rental terms and options.
Describe common elements and recreational facilities: _____

**Project Information for Condominiums** (if applicable)--Is the developer/builder in control of the Home Owners' Association (HOA)?    ☐ Yes ☐ No
Provide the following information for all Condominium Projects:
Total number of phases _____    Total number of units _____    Total number of units sold _____
Total number of units rented _____    Total number of units for sale _____    Data Source(s) _____
Was the project created by the conversion of existing buildings into a condominium?    ☐ Yes ☐ No  If yes, date of conversion: _____
Project Type:    ☐ Primary Residence  ☐ Second Home or Recreational    ☐ Row or Townhouse    ☐ Garden  ☐ Midrise  ☐ Highrise ☐ _____
Condition of the project, quality of construction, unit mix, etc.: _____

Are the common elements completed?    ☐ Yes ☐ No If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?    ☐ Yes ☐ No  If yes, attach addendum describing rental terms and options.
Describe common elements and recreational facilities: _____

**PURPOSE OF APPRAISAL:** The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based on a quantitative sales comparison analysis for use in the mortgage finance transaction.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

### STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided any required sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

4. The appraiser has noted in the appraisal report any adverse conditions (such as, but not limited to, needed repairs, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, expressed or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

6. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

7. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the report to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

8. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

Produced using ACI software, 800.234.8727 www.aciweb.com

**Desktop Underwriter Quantitative Analysis Appraisal Report**    File No.: ACKERSONRCUC2055-

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I performed this appraisal by (1) personally inspecting from the street the subject property and neighborhood and each of the comparable sales (unless I have otherwise indicated in this report that I also inspected the interior of the subject property); (2) collecting, confirming, and analyzing data from reliable public and/or private sources; and (3) reporting the results of my inspection and analysis in this summary appraisal report. I further certify that I have adequate information about the physical characteristics of the subject property and the comparable sales to develop this appraisal.

2. I have researched and analyzed the comparable sales and offerings/listings in the subject market area and have reported the comparable sales in this report that are the best available for the subject property. I further certify that adequate comparable market data exists in the general market area to develop a reliable sales comparison analysis for the subject property.

3. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware, have considered these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them, and have commented about the effect of the adverse conditions on the marketability of the subject property. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

4. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

5. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

6. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

7. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

8. I estimated the market value of the real property that is the subject of this report based on the sales comparison approach to value. I further certify that I considered the cost and income approaches to value, but, through mutual agreement with the client, did not develop them, unless I have noted otherwise in this report.

9. I performed this appraisal as a limited appraisal, subject to the Departure Provision of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in the place as of the effective date of the appraisal (unless I have otherwise indicated in this report that the appraisal is a complete appraisal, in which case, the Departure Provision does not apply).

10. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value. The exposure time associated with the estimate of market value for the subject property is consistent with the marketing time noted in the Neighborhood section of this report. The marketing period concluded for the subject property at the estimated market value is also consistent with the marketing time noted in the Neighborhood section.

11. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. I further certify that no one provided significant professional assistance to me in the development of this appraisal.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certified and agrees that: I directly supervise the appraiser who prepared the appraisal report, have examined the appraisal report for compliance with the Uniform Standards of Professional Appraisal Practice, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 5 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature: | Signature: |
| Name: OMAR GUTIERREZ | Name: |
| Company Name: TITAN APPRAISALS | Company Name: |
| Company Address: 4724 GOLDEN RIDGE DR | Company Address: |
| CORONA, CA 92880 | |
| Date of Report/Signature: 10/06/2010 | Date of Report/Signature: |
| State Certification #: | State Certification #: |
| or State License #: AL018208 | or State License #: |
| State: CA | State: |
| Expiration Date of Certification or License: 10/02/2011 | Expiration Date of Certification or License: |

**ADDRESS OF PROPERTY APPRAISED:**
7468 ADDISON ROAD
RANCHO CUCAMONGA, CA 91730

**SUPERVISORY APPRAISER:**
SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
☐ Did inspect interior and exterior of subject property
COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street

**APPRAISED VALUE OF THE SUBJECT PROPERTY $** 340,000
**EFFECTIVE DATE OF APPRAISAL/INSPECTION** 10/06/2010

**LENDER/CLIENT:**
Name:
Company Name: ACKERSON
Company Address: 7468 ADDISON RD, RANCHO CUCAMONGA, CA 91730

Produced using ACI software, 800.234.8727 www.aciweb.com
Omar Gutierrez

**FannieMae**

### Desktop Underwriter Quantitative Analysis Appraisal Report

File No.: ACKERSONRCUC2055-

| FEATURE | SUBJECT | SALE 4 | +(-)$ Adjustment | SALE 5 | +(-)$ Adjustment | SALE 6 | +(-)$ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 7468 ADDISON ROAD RANCHO CUCAMONGA | 7616 SANDPIPER CT RANCHO CUCAMONGA | | 11844 ADAMS CT RANCHO CUCAMONGA | | | |
| Proximity to Subject | | 0.51 miles WSW | | 0.39 miles E | | | |
| Sales Price | $ N/A | $ 360,000 | | $ 339,900 | | $ | |
| Price/Gross Liv. Area | $ 0.00 ☑ | $ 183.96 ☑ | | $ 171.93 ☑ | | $ 0.00 ☑ | |
| Data & Verif. Sources | | MLS,NDC,R.LIST/PUB. RECS. | | MLS,NDC,R.LIST/PUB. RECS. | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sales or Financing Concessions | | FHA. 99% DOC.# 291135 | | 2% MRK. ADJ. LISTING | -7,000 | | |
| Date of Sale/Time | N/A | 07/20/2010 | | 07/31/2010 | | | |
| Location | SUBURBAN | SUBURBAN/SIM | | SUBURBAN/SIM | | | |
| Site | 4500 SQFT. | 5658 SQFT. | | 6615 SQFT. | -2,000 | | |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | | |
| Design (Style) | CONV./AVG | CONV./SIM | | CONV./SIM | | | |
| Actual Age (Yrs.) | 1989 | 1988 | | 2000 | | | |
| Condition | AVERAGE | SIMILAR | | SIMILAR | | | |
| Above Grade Room Count | Total 8 / Bdrms 4 / Baths 2.50 | Total 8 / Bdrms 4 / Baths 2.50 | | Total 7 / Bdrms 3 / Baths 2.50 | +4,000 | Total / Bdrms / Baths | |
| Gross Living Area | 1,925 Sq. Ft. | 1,957 Sq. Ft. | 0 | 1,977 Sq. Ft. | 0 | Sq. Ft. | |
| Basement and Finished Rooms Below Grade | NONE DOM=N/A | NONE DOM=68 | | NONE DOM=67 | | | |
| Garage/Carport | 2-CAR GARAGE | 2-CAR GARAGE | | 2-CAR GARAGE | | | |
| AMENITIES: | CVPOR,CVPAT | SUPERIOR | -3,000 | SIMILAR | | | |
| OTHER: | F/P,B/INS | SIMILAR | | SIMILAR | | | |
| Net Adj. (total) | | ☐ + ☒ - $ | 3,000 | ☐ + ☒ - $ | 5,000 | ☒ + ☐ - $ | 0 |
| Adjusted Sales Price of Comparables | | Gross: 0.8% Net: -0.8% $ 357,000 | | Gross: 3.8% Net: -1.5% $ 334,900 | | Gross: 0.0% Net: 0.0% $ | 0 |
| Date of Prior Sales | 04/15/2005 | 04/08/2010 | | 04/19/2010 | | | |
| Price of Prior Sales | $ 479,000 | $ 291,600 | | $ 381,503 | | $ | |

SEE ATTACHED ADDENDUM.

| Borrower: ACKERSON | | | ADDENDUM | |
| Property Address: 7468 ADDISON ROAD | | | | File No.: ACKERSONRCUC2055-10 |
| | | | | Case No.: |
| City: RANCHO CUCAMONGA | | State: CA | | Zip: 91730 |
| Lender: ACKERSON | | | | |

**Neighborhood Boundaries**
SUBJECT NEIGHBORHOOD IS BORDERED BY STATE ROUTE 210 FWY TO THE NORTH, SAN BERNARDINO FWY (10) TO THE SOUTH, ARCHIBALD AVE TO THE WEST AND 15-FWY TO THE EAST. SUBJECT IS NOT LOCATED IN A FLOOD ZONE, FLOOD ZONE IS "X", PANEL #060671-8635H, MAP DATE IS 08/28/2008.

**Analysis of Current Agreements**
SUBJECT PROPERTY HAS NOT BEEN LISTED WITHIN THE PAST 12-MONTHS PER SO.CAL.MLS AND IS CURRENTLY NOT UNDER ANY OPTION FOR PURCHASE.

**Summary of Market Data**
SALES COMPARISON ANALYSIS BRACKETS BETWEEN $328,000 AND $357,000. THEREBY SUPPORTING AN ESTIMATED VALUE OF $340,000.

GROSS LIVING AREA ADJUSTED AT $40 PER SQUARE FEET DIFFERENCE.
BEDROOMS ADJUSTED AT $4,000.
BATHROOMS ADJUSTED AT $1,500 PER 1/2-BATH AND $3,000 FOR A FULL BATHROOM DIFFERENCE.
GARAGE ADJUSTED AT $2,500 PER GARAGE SPACE.

COMP. #5 IS A LISTING AND WAS ADJUSTED A NEGATIVE 2% OFF ITS RESPECTIVE LISTING PRICE IN ORDER TO REFLECT A MORE REALISTIC SALES PRICE. ADJUSTMENT BASED ON SALE TO LIST PRICE RATIO ALONG WITH ADJUSTMENT FOR CONTRACT NEGOTIATIONS.

ALL OTHER ADJUSTMENTS BASED UPON BOTH MARKET REACTION AND COST DERIVED FROM THE MARSHALL AND SWIFT RESIDENTIAL COST HANDBOOK.

ALL SALES VERIFIED THROUGH PUBLIC RECORDS.

SALES ANALYSIS BEST REFLECTS THE FLUCTUATIONS OF THE MARKETPLACE & THE INTERACTION BETWEEN TYPICALLY INFORMED BUYERS AND SELLERS. THIS APPRAISAL REPORT IS IN CONFORMITY TO USPAP. THIS REPORT IS BASED ON AN EXTERIOR/INTERIOR INSPECTION.

**Additional Comments**
**PURPPOSE AND FUNCTION OF THE APPRAISAL**

THE PURPOSE OF THE APPRAISAL IS TO FORM AN OPINION OF VALUE OF THE FEE SIMPLE INTEREST IN THE SUBJECT PROPERTY AS OF THE EFFECTIVE DATE OF THE APPRAISAL. THE INTENDED USER OF THIS APPRAISAL REPORT IS THE CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR PERSONAL EVALUATION, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.



FLOORPLAN

| Borrower: | ACKERSON | | File No.: | ACKERSONRCUC2055-10 |
|---|---|---|---|---|
| Property Address: | 7468 ADDISON ROAD | | Case No.: | |
| City: | RANCHO CUCAMONGA | State: | CA | Zip: 91730 |
| Lender: | | ACKERSON | | |

**First Floor**

**Second Floor**

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 938.57 | 938.57 |
| GLA2 | Second Floor | 986.00 | 986.00 |
| P/P | Covered Porch | 49.00 | |
| | Covered Patio | 154.00 | 203.00 |
| GAR | Garage | 447.00 | 447.00 |
| | TOTAL LIVABLE (rounded) | | 1925 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| | 3.0 x 21.0 | 63.00 |
| | 24.5 x 31.0 | 759.50 |
| | 2.0 x 6.5 | 13.05 |
| 0.5 x | 2.0 x 2.0 | 2.04 |
| 0.5 x | 2.0 x 2.0 | 1.98 |
| | 5.5 x 18.0 | 99.00 |
| Second Floor | | |
| | 4.0 x 52.0 | 208.00 |
| | 7.0 x 16.0 | 112.00 |
| | 11.0 x 16.0 | 176.00 |
| | 10.0 x 49.0 | 490.00 |
| 10 Calculations Total (rounded) | | 1925 |

4724 GOLDEN RIDGE DR, CORONA, CA 92880 -- 562.522-3419

PLAT MAP

| Borrower: | ACKERSON | File No.: | ACKERSONRCUC2055-10 |
|---|---|---|---|
| Property Address: | 7468 ADDISON ROAD | Case No.: | |
| City: | RANCHO CUCAMONGA | State: CA | Zip: 91730 |
| Lender: | ACKERSON | | |



4724 GOLDEN RIDGE DR, CORONA, CA 92880 -- 562.522-3419

LOCATION MAP

| Borrower: | ACKERSON | | File No.: | ACKERSONRCUC2055-10 |
|---|---|---|---|---|
| Property Address: | 7468 ADDISON ROAD | | Case No.: | |
| City: | RANCHO CUCAMONGA | State: | CA | Zip: 91730 |
| Lender: | ACKERSON | | | |



4724 GOLDEN RIDGE DR, CORONA, CA 92880 -- 562.522.3419

| | | | | |
|---|---|---|---|---|
| Borrower: | ACKERSON | | File No.: | ACKERSONRCUC2055-10 |
| Property Address: | 7468 ADDISON ROAD | | Case No.: | |
| City: | RANCHO CUCAMONGA | State: | CA | Zip: | 91730 |
| Lender: | ACKERSON | | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: October 6, 2010
Appraised Value: $ 340,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

| Borrower: | ACKERSON | | Bid No.: | ACKERSONRCUC2055-10 |
|---|---|---|---|---|
| Property Address: | 7468 ADDISON ROAD | | Case No.: | |
| City: | RANCHO CUCAMONGA | State: | CA | Zip: | 91730 |
| Lender: | ACKERSON | | | |



ADDITIONAL STREET SCENE



WEST SIDE OF SUBJECT



WEST SIDE OF SUBJECT

| COMPARABLE PROPERTY ADDENDUM | | | | | | |
|---|---|---|---|---|---|---|
| Borrower: | ACKERSON | | | | | |
| Property Address: | 7468 ADDISON ROAD | | | File No.: | ACKERSONRCUC2055-10 | |
| City: | RANCHO CUCAMONGA | | State: | CA | Zip: | 91730 |
| Lender: | | ACKERSON | | | | |



**COMPARABLE SALE #1**

11852 MANHATTAN CT
RANCHO CUCAMONGA
Sale Date: 08/31/2010
Sale Price: $ 328,000



**COMPARABLE SALE #2**

7532 SMALLWOOD PL
RANCHO CUCAMONGA
Sale Date: 07/27/2010
Sale Price: $ 333,000



**COMPARABLE SALE #3**

7376 EL DORADO CT
RANCHO CUCAMONGA
Sale Date: 09/17/2010
Sale Price: $ 338,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| Borrower: | | | ACKERSON | | | File No.: | ACKERSONRCUC2055-10 |
|---|---|---|---|---|---|---|---|
| Property Address: | | | 7468 ADDISON ROAD | | | Case No.: | |
| City: | | RANCHO CUCAMONGA | | State: | CA | Zip: | 91730 |
| Lender: | | | | ACKERSON | | | |



**COMPARABLE SALE #4**

**7616 SANDPIPER CT**
RANCHO CUCAMONGA
Sale Date: 07/20/2010
Sale Price: $ 360,000



**COMPARABLE SALE #5**

**11844 ADAMS CT**
RANCHO CUCAMONGA
Sale Date: 07/31/2010
Sale Price: $ 339,900



**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

# EXHIBIT "4"

DECLARATION (PAGE 1 OF 2)

| Borrower: | ACKERSON | | File No.: | ACKERSONRCUC2055-10 |
|---|---|---|---|---|
| Property Address: | 7468 ADDISON ROAD | | Case No.: | |
| City: | RANCHO CUCAMONGA | State: | CA | Zip: 91730 |
| Lender: | ACKERSON | | | |

### DECLARATION OF OMAR GUTIERREZ

I, OMAR GUTIERREZ, declare as follows:

I am a real estate appraiser, State of California license number AL018208 . I was hired by the Ackerson's ("Debtors").

I make this declaration based upon my personal and firsthand knowledge, my education, training and experience in the field of real estate appraisal and if called as a witness, I could and would competently and truthfully testify under oath thereto. I have held a Residential State license since 1993 . I have been doing appraisals since 1993 . I perform approximately 20 to 40 residential appraisals per month.

On or about October 6th, 2010, I had occasion to conduct an appraisal of the Real Property. Attached hereto and incorporated by reference herein as Exhibit "3" is a true and correct copy of the Ackerson property , 2010 appraisal report. In preparing this on-site appraisal report, I performed market research, inspected the residence, both interior and exterior, measured the Residence to determine the square footage, and surveyed the immediate neighborhood. In determining the fair market value of the Real Property, I used both the sales comparison approach and the cost approach, with the greater weight given to the sales comparison approach. I consider the sales approach to be the most reliable in determining the fair market value because it more accurately simulates buyers' perceptions and actions. Based upon my observations, inspection of the subject property, and market research as well as my training, education and experience as a residential appraiser, it is my professional opinion that the Real

DECLARATION (PAGE 2 OF 2)

| Borrower: | ACKERSON | | File No.: | ACKERSONRCUC2055-10 |
|---|---|---|---|---|
| Property Address: | 7468 ADDISON ROAD | | Case No.: | |
| City: | RANCHO CUCAMONGA | State: CA | Zip: | 91730 |
| Lender: | ACKERSON | | | |

Property has a fair market value of $ 340,000 as of October 6th, 2010. I have no present or contemplated future interest in the Real Property described in the appraisal report attached hereto as **Exhibit "3"**. Neither my employment or compensation for this appraisal is contingent upon the value found. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed at Corona, California on this 6th day of Octorber 2010.

OMAR GUTIERREZ, Appraiser

# EXHIBIT "5"

## DECLARATION OF SHEILA H. ACKERSON

**I, Sheila H. Ackerson**, declare as follows:

1.      I am a joint debtor in the herein Chapter 13 Bankruptcy, case number 6:10-bk-46364-MJ. I have personal knowledge of the facts stated in this declaration and could and would testify under oath thereto if called as a witness.

2.      My husband and I filed this case on April 5, 2010.

3.      My husband and I are the owners of real property located at 7468 Addison Road, Rancho Cucamonga, CA 91730, County of San Bernardino, Lot 18, Tract No. 13304, in Book at Page as shown in the Records of Riverside County (the "Real Property").

4.      I live on the Real Property and it is my principal residence.

5.      The first mortgage on the Real Property is held by America's Servicing Company secured by a first deed of trust under loan number XXXXXX7318, it had a total payoff balance of $441,365.00 as of the date of filing.  A true and correct copy of EMC Mortgage Statement is attached hereto and is incorporated by reference as **Exhibit "1"**.

6.      The second mortgage on the Real Property is held by National City (PNC Financial Group, Inc. as successor in interest) secured by a second deed of trust under loan number XXXXXX7747, it had a payoff balance of $54,124.00 as of the date of filing.  A true and correct copy of National City's statement

[Notice of Debtors' Motion and Motion For Orders Determining Value of Real Property, Extent of Secured Claims and Extinguishing the Lien of National City. (Ackerson)1

is attached hereto and is incorporated by reference as **Exhibit "2"**.

7.      On or about October 6, 2010, I retained California licensed real estate appraiser, Omar Gutierrez, for the purpose of ascertaining the value of the subject property. See **Exhibits "3" & "4"**, attached hereto.

8.      I have no personal or business relationship with any employee of Omar Gutierrez, Certified Appraiser.

9. I are respectfully requesting this Court to determine the value of the subject property and the secured status of National City's claim.

10.     I believe that National City's claim is wholly unsecured and therefore subject to avoidance upon completion of our proposed Chapter 13 plan, in that the fair market value of the subject property is $340,000.00 in our opinion, which is less than the balance owed on the First Trust Deed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed at Riverside, California on this 16th day of November 2010.

_____

Sheila H. Ackerson

[Notice of Debtors' Motion and Motion For Orders Determining Value of Real Property, Extent of Secured Claims and Extinguishing the Lien of National City. (Ackerson)2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Rod (TD) Danielson
Notice-efile@rodan13.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
PNC Financial Group, Inc./ Certified U.S. Mail and FDIC/ Certified U.S. Mail- See Attached Service List for Adressess
All Others Regular U.S. Mail - See Attached Service List

☑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Mary Murray

| Date | Type Name | Signature |
| --- | --- | --- |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1ˢᵗ Name of 1st Lien Holder & Address | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____<br>_____ |
| --- | --- | --- |
| Name of 1st Lien Holder- Agent for Service of Process | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____ |
| Name of 1st Lien Holder – Servicing Agent | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____<br>_____ |

| Name of 2nd Lien Holder & Address<br><br>PNC Financial Services Group, Inc.<br>ATTN: James E. Rohr, CEO<br>One PNC Plaza<br>249 Fifth Avenue<br>Pittsburgh, PA 15222 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☑ Other: *specify*<br>PNC's Website | Delivery Method<br>☐ US Mail<br>☑ Certified mail –<br>Tracking # 7010 1670 0001 5871 2691<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____ |
| --- | --- | --- |
| Name of 2nd Lien Holder- Agent for Service of Process | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____<br>_____ |
| Name of 2nd Lien Holder – Servicing Agent | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____<br>_____ |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                  Page 5                    **F 4003-2.4.MOTION**

| Name of 3rd Lien Holder & Address | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____<br>_____ |
| Name of 3rd Lien Holder- Agent for Service of Process | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____ |
| Name of 3rd Lien Holder – Servicing Agent | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____<br>_____ |

| Alternative/Additional Address<br>FDIC<br>C/O Sheila Bair<br>Director<br>550 17th St. N.W.<br>Room MB-6098<br>Washington D.C. 20429 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☒ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☒ Certified mail –<br>Tracking # *7010 1670 0001 5871 2707*<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____ |
| Alternative/Additional Address<br>Sheila Ackerson<br>7468 Addison Road<br>Rancho Cucamonga, CA 91730 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br>Debtor | Delivery Method<br>☒ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____<br>_____ |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2010*                                   Page 6                              **F 4003-2.4.MOTION**