| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Dale Parham, SBN 47045<br>Michael Smith, SBN 259267<br>Winterbotham Parham Teeple, a PC<br>4371 Latham Street, Ste 105<br>Riverside, CA 92501<br>Phone 951-686-7717<br>Fax 951-686-2536<br>wptmriv@4bankruptcy.com<br>☑ Attorney for Debtor(s)<br><br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 6:10-46364 MJ |
|---|---|
| In re:<br><br>    SHEILA ACKERSON | **DEBTOR'S MOTION FOR<br>AUTHORITY TO INCUR DEBT**<br>[PERSONAL PROPERTY]<br><br>LOAN MODIFICATION |
| Debtor(s). | (No Hearing Required) |

Debtor moves this Court for an order authorizing the debtor to incur debt pursuant to the terms and conditions described herein.

1. Debtor's Chapter 13 Plan (the "Plan"), providing for a payment in the amount of $509.00____ per month for 60____ months, was confirmed on: 12/20/10_____.

2. Debtor desires to purchase: Loan Modification of Residence Located at:_____
    7468 Addison Road, Rancho Cucamonga, CA 91730____

    Copies of the proposed purchase and loan agreements are attached as Exhibit "A."

3. The purchase price of the RESIDENTIAL LOAN MODIFICATION_____ is $457,570.77_____ from
    Dealership/Store name: Wells Fargo Home Mortgage_____
    Address:    PO Box 10335_____
        Des Moines, IA 50306_____.

4. After the loan is made and any down payment is credited, there will remain owing on the loan the sum of
    $457,570.77_____, to be paid over 335____ months at $ 2,195.37__ per month.

5. Debtor desires to acquire the property to be financed for the following reasons:
    The proposed modification allows for the capitalization of accrued arrears, reduction of the impounded mortgage
    payment from $2463.00 to $2,195.00 per month, and the reduction of the interest rate to 2% for the next five years.
    Debtor will pledge 1/2 of the mortgage savings to the Plan._____
    _____
    _____

    *(Please attach additional pages if needed.)*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Debtor's Motion For Authority to Incur Debt - *Page 2*                    **F 3015-1.17**

| In re:<br><br>   Ackerson | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-46364 MJ |

6.  Debtor's monthly income at this time (take home pay plus any other income received) is $ 5,343.00 _____.
    Debtor's monthly expenses at this time (**excluding** the Plan payment and the contemplated monthly finance payment)
    total $ 2,504.00 _____.

    The attached *Declaration of Current/Post-Petition Income* and *Declaration of Current/Post-Petition Expenses*
    accurately reflect Debtor's monthly income and expenses at this time.

Dated: 11/18/13 _____          _____
                                      Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/18/13 _____          Sheila Ackerson 11/18/13
                                      Debtor

Dated: _____          _____
                                      Joint Debtor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                      **F 3015-1.17**

# EXHIBIT "A"

**WELLS FARGO**

09/18/2013

DALE PARHAM
4371 LATHAM ST STE 105
RIVERSIDE, CA 92501

## Account Information

| | |
|---|---|
| **Fax:** | 1-866-359-7234 |
| **Telephone:** | 1-877-311-3581 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of operation:** | Mon -Thur, 7 a.m. -10 p.m.; |
| | Fri, 7 a.m. -8p.m.; Sat, 7 a.m. – 6 p.m.; |
| | Sun, 9 a.m. – 8p.m. CT |
| **Loan number:** | 7318 |
| **Property address:** | 7468 ADDISON RD |
| | RANCHO CUCAMONGA CA 91730 |

Subject:   Loan modification proposal
  Borrower(s): **SHEILA H ACKERSON**
  Bankruptcy No.: 10-46364
  Account No.:   7318
  Property Address: 7468 ADDISON RD
           RANCHO CUCAMONGA CA 91730

Dear DALE PARHAM:


We have received consent from your office to discuss workout options with your client. We can offer your client a plan that we hope is workable to both parties.

The modification we propose includes the following changes:

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current Unpaid Principal Balance | $426,685.47 | Post Modification Unpaid Principal Balance | $457,570.77 |
| Current Maturity Date | 06/01/2037 | Post Modification Maturity Date | 09/01/2041 |
| Current Term (in months) | 284 | Post Modification Term (in months) | 335 |
| Current Payment Due Date | 02/01/2012 | Post Modification Due Date | 11/01/2013 |
| Current Principal and Interest | $2,085.60 | Post Modification Principal and Interest | $1,783.60 |
| Current Payment Amount | $2,453.76 | Estimated Post Modification Payment Amount | $2,195.37 |
| Amount Capitalized | $30,885.30 | Deferred Principal Balance | $0.00 |
| Current Interest Rate | 3.375% | Post Modification Interest Rate | 2.000% |

*Impound*

| | Interest Rate | Effective Date | Principal and Interest Payment |
|---|---|---|---|
| Step 1 | 02.000% | 10/01/2013 | $1,783.60 |
| Step 2 | 03.000% | 10/01/2018 | $1,978.92 |
| Step 3 | 04.000% | 10/01/2019 | $2,178.03 |
| Step 4 | 04.625% | 10/01/2020 | $2,302.89 |

**Your important next steps**
Please review the proposal with your client. If the terms meet your approval, the next step is to file a petition with the bankruptcy court to gain their consent to modify the first mortgage. Your client will need to continue to make their trial period payments if if applicable while we are waiting for consent

from the court . When you receive written consent, please forward it to my attention. Once received, we will send the loan documents to you and your attorney for original signatures. We will then withdraw any proof of claim in this case and process the modification as noted.

If the case has already closed, forward to us a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.

**Approval of the loan modification is contingent on court consent or release of the case.**

## If your client is seeking a reaffirmation

If your client intends to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your office for the required undue hardship analysis and filing with the respective court.

## Call me today if you have any questions

If you or your client has questions about the information in this letter, please call me at the number below.

Sincerely.


Home Preservation Bankruptcy Specialist
BRANDY CHILTON
877-393-3751 32021

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2012 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801

In re: Ackerson

Debtor.

Case No.: 6:10-46364 MJ

(If known)

# DECLARATION OF CURRENT/ POST-PETITION INCOME

Complete this statement by providing the monthly income of the debtor and the debtor's spouse **at this time**. The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition was filed, unless the spouses are separated and a joint petition was not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| SINGLE | RELATIONSHIP(S) Daughter | AGE(S) 5 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Operations Executive | |
| Name of Employer | Target | |
| How Long Employed | 8 Years | |
| Address of Employer | 14750 Miller Ave, Fontana CA 92336 | |

**INCOME:**

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 7,225.00 | $ |
| 2. | Estimate monthly overtime | $ | $ |
| 3. | **SUBTOTAL** | $ 7,225.00 | $ |
| 4. | **LESS PAYROLL DEDUCTIONS** | | |
| | a. Payroll taxes and social security | $ 1,547.00 | $ |
| | b. Insurance | $ 254.00 | $ |
| | c. Union dues | $ | $ |
| | d. Other (specify) Life $8; UW $16; LTD $40; Legal $17 | $ 81.00 | $ |
| 5. | **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 1,882.00 | $ |
| 6. | **TOTAL NET MONTHLY TAKE HOME PAY** | $ 5,343.00 | $ |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| 11. | Social security or other government assistance (Specify) | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify) | $ | $ |
| 14. | **SUBTOTAL OF LINES 7 THROUGH 13** | $ 0.00 | $ |
| 15. | **MONTHLY INCOME:** (Add amounts shown on lines 6 and 14) | $ 5,343.00 | $ |
| 16. | **COMBINED MONTHLY INCOME** (Combine column totals from line 15) | | $ 5,343.00 |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/15/13

_Sheila Ackerson_
Debtor

Dated: _____

_____
Joint Debtor

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 3015-1.20**

Pay Inquiry

Help | Customize Page | 🖶

# View Paycheck

Sheila Ackerson

**Company**
Target Corporation

**Address**
1000 Nicollet Mall (TPN-13D)
PO Box 9401
Minneapolis, MN 55440-9401

TMSC: 1-800-394-1885

Review the details of your paycheck. To view other checks, select

| | | |
|---|---|---|
| **Net Pay:** | | $2,299.13 |
| **Pay Begin Date:** | | 10/20/2013 |
| **Pay End Date:** | | 11/02/2013 |
| **Check Date:** | | 11/08/2013 |

View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Sheila H. Ackerson | **Business Unit:** | TDSTB |
| **Employee ID:** | 0037526076 | **Pay Group:** | TGT EX in B states Old Wells |
| | | **Department:** | 0553E5410 - DC ADMIN |
| **Address:** | 7468 ADDISON RD<br>RANCHO CUCAMONGA, CA<br>91730-7232 | **Location:** | DC San Bernardino CA |
| | | **Job Title:** | Group Leader Inbound |
| | | **Pay Rate:** | $84,400.00    Annual |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **CA Marital Status:** | Single, or Married with two or more inco |
| **Fed Allowances:** | 9 | **CA Allowances:** | 9 |
| **Fed Addl Percent:** | 0.000 | **CA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

## Paycheck Summary

| Period | Hours Worked | Gross Wages | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,246.15 | 3,027.99 | 665.72 | 281.30 | 2,299.13 |

Pay Inquiry

Page 2 of 3

*Handwritten annotations:* Hrs Worked · YTD Gross Wages · Taxable Gross YTD · YTD Taxes · YTD Deductions · YTD Net

| YTD | | | | | |
|---|---|---|---|---|---|
| 1776 00 | 76,691.40 | 72,009.55 | 16,424.98 | 7,080.86 | 53,185.56 |

## Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount | YTD Hours |
|---|---|---|---|---|---|---|---|
| Regular | 10/20/2013 | 11/02/2013 | | | 3,246 15 | 71,391.47 | 1776 00 |
| PerHolEx | | | | | | 973.85 | 24 00 |
| FY Bonus | | | | | | 2,703.00 | |
| Vacation | | | | | | 1,623.08 | 40 00 |
| **Total:** | | | | | **665.72** | | |

## Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 241 76 |
| Fed MED/EE | 45.31 |
| Fed OASDI/EE | 193.77 |
| CA Withholdng | 153.65 |
| CA OASDI/EE | 31.23 |
| **Total:** | |

## Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| DENTAL | 19.41 | 442 72 |
| Medical | 97 96 | 2,106.78 |
| Eyewear | 6.04 | 138.92 |
| 401(k) | 97.38 | 2,048.67 |
| **Total:** | **220.79** | **4,737.09** |

## After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| DEP LIFE | 0.25 | 5.75 |
| Legal | 7.66 | 176.18 |
| LTD | 19.10 | 426.76 |
| SUPL LIFE | 3.39 | 75.66 |
| 401K Loan | 22.61 | 1,486.92 |
| UNITED WAY | 7.50 | 172.50 |
| **Total:** | **60.51** | **2,343.77** |

## Employer Paid Benefits

| Description | Amount |
|---|---|
| LIFE* | 2.6 |
| * Taxable | |
| **Total:** | **2.6** |

Pay Inquiry

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 45081215 | Checking | 0637429275 | 1,149.57 |
| Direct Deposit | 45081215 | Checking | 4440434267 | 1,149.56 |
| **Total:** | | | | **2,299.13** |

**Leave Balances**

| Description | YTD Amount |
|---|---|
| HW Sick | 0.00 |
| Sick | 0.00 |
| Vacation | 140.08 |
| Personal | 18.15 |
| **Total YTD Amount:** | **158.24** |

Return to Pay Check Selection

Pay Inquiry

Help | Customize Page |

# View Paycheck

Sheila Ackerson

**Company**
Target Corporation
**Address**
1000 Nicollet Mall (TPN-13D)
PO Box 9401
Minneapolis, MN 55440-9401
TMSC: 1-800-394-1885

**Net Pay:**    $2,299.12

**Pay Begin Date:**  10/06/2013
**Pay End Date:**   10/19/2013
**Check Date:**    10/25/2013

View a Different Paycheck

Review the details of your paycheck. To view other checks, select

## General

| | | | |
|---|---|---|---|
| **Name:** | Sheila H. Ackerson | **Business Unit:** | TDSTB |
| **Employee ID:** | 0037526076 | **Pay Group:** | TGT EX in B states Old Wells |
| | | **Department:** | 0553E5410 - DC ADMIN |
| **Address:** | 7468 ADDISON RD | **Location:** | DC San Bernardino CA |
| | RANCHO CUCAMONGA, CA | **Job Title:** | Group Leader Inbound |
| | 91730-7232 | **Pay Rate:** | $84,400.00    Annual |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **CA Marital Status:** | Single, or Married with two or more inco |
| **Fed Allowances:** | 9 | **CA Allowances:** | 9 |
| **Fed Addl Percent:** | 0.000 | **CA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

## Paycheck Summary

| Period | Hours Worked | Gross Wages | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,246.15 | 3,027.99 | 665.73 | 281.30 | 2,299.12 |

Pay Inquiry

Page 2 of 3

## Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 10/06/2013 | 10/19/2013 | | | 3,246.15 |

## Taxes

| Description | Amount |
|---|---|
| Fed Withholding | 241.76 |
| Fed MED/EE | 45.32 |
| Fed OASDI/EE | 193.78 |
| CA Withholding | 153.65 |
| CA OASDI/EE | 31.22 |
| **Total:** | **665.73** |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 19.41 |
| Medical | 97.96 |
| Eyewear | 6.04 |
| 401(k) | 97.38 |
| **Total:** | **220.79** |

## After-Tax Deductions

| Description | Amount |
|---|---|
| DEP LIFE | 0.25 |
| Legal | 7.66 |
| LTD | 19.10 |
| SUPL LIFE | 3.39 |
| 401K Loan | 22.61 |
| UNITED WAY | 7.50 |
| **Total:** | **60.51** |

## Employer Paid Benefits

| Description | Amount |
|---|---|
| LIFE* | 2.63 |
| * Taxable **Total:** | **2.63** |

11/12/2013

Pay Inquiry

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 44945843 | Checking | 0637429275 | 1,149.56 |
| Direct Deposit | 44945843 | Checking | 444043267 | 1,149.56 |
| **Total:** | | | | **2,299.12** |

Return to Pay Check Selection

Pay Inquiry

Help | Customize Page |

# View Paycheck

Sheila Ackerson

**Company**
Target Corporation

**Address**

1000 Nicollet Mall (TPN-13D)

PO Box 9401

Minneapolis, MN 55440-9401

TMSC: 1-800-394-1885

Review the details of your paycheck. To view other checks, select

**Net Pay:**          $2,299.12

**Pay Begin Date:**  09/22/2013

**Pay End Date:**    10/05/2013

**Check Date:**      10/11/2013

View a Different Paycheck

## General

| Name: | Sheila H. Ackerson | Business Unit: | TDSTB |
| --- | --- | --- | --- |
| Employee ID: | 0037526076 | Pay Group: | TGT EX  in B states Old Wells |
| | | Department: | 0553E5410 - DC ADMIN |
| Address: | 7468 ADDISON RD | Location: | DC San Bernardino CA |
| | RANCHO CUCAMONGA, CA | Job Title: | Group Leader Inbound |
| | 91730-7232 | Pay Rate: | $84,400.00      Annual |

## Tax Data

| Fed Marital Status: | Single | CA Marital Status: | Single, or Married with two or more inco |
| --- | --- | --- | --- |
| Fed Allowances: | 9 | CA Allowances: | 9 |
| Fed Addl Percent: | 0.000 | CA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | CA Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Hours Worked | Gross Wages | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- | --- |
| Current | 80.00 | 3,246.15 | 3,027.99 | 665.73 | 281.30 | 2,299.12 |

Pay Inquiry

### Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 09/22/2013 | 10/05/2013 | | | 3,246.15 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholding | 241.76 |
| Fed MED/EE | 45.32 |
| Fed OASDI/EE | 193.77 |
| CA Withholdng | 153.65 |
| CA OASDI/EE | 31.23 |
| Total: | 665.73 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 19.41 |
| Medical | 97.96 |
| Eyewear | 6.04 |
| 401(k) | 97.38 |
| Total: | 220.79 |

### After Tax Deductions

| Description | Amount |
|---|---|
| DEP LIFE | 0.25 |
| Legal | 7.66 |
| LTD | 19.10 |
| SUPL LIFE | 3.39 |
| 401K Loan | 22.61 |
| UNITED WAY | 7.50 |
| Total: | 60.51 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| LIFE* | 2.63 |
| * Taxable | |
| Total: | 2.63 |

Pay Inquiry

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 44578599 | Checking | 0637429275 | 1,149.56 |
| Direct Deposit | 44578599 | Checking | 4440434267 | 1,149.56 |
| | | | | |
| **Total:** | | | | **2,299.12** |

Return to Pay Check Selection

Pay Inquiry

Help | Customize Page |

# View Paycheck

Sheila Ackerson

**Company**

Target Corporation

**Address**

1000 Nicollet Mall (TPN-13D)

PO Box 9401

Minneapolis, MN 55440-9401

TMSC: 1-800-394-1885

Review the details of your paycheck. To view other checks, select

**Net Pay:**        $2,299.12

**Pay Begin Date:**  09/08/2013

**Pay End Date:**    09/21/2013

**Check Date:**      09/27/2013

View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Sheila H. Ackerson | **Business Unit:** | TDSTB |
| **Employee ID:** | 0037526076 | **Pay Group:** | TGT EX  in B states Old Wells |
| | | **Department:** | 0553E5410 - DC ADMIN |
| **Address:** | 7468 ADDISON RD | **Location:** | DC San Bernardino CA |
| | RANCHO CUCAMONGA, CA | **Job Title:** | Group Leader Inbound |
| | 91730-7232 | **Pay Rate:** | $84,400.00        Annual |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **CA Marital Status:** | Single, or Married with two or more inco |
| **Fed Allowances:** | 9 | **CA Allowances:** | 9 |
| **Fed Addl Percent:** | 0.000 | **CA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Hours Worked | Gross Wages | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,246.15 | 3,027.99 | 665.73 | 281.30 | 2,299.12 |

Pay Inquiry

## Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 09/08/2013 | 09/21/2013 | | | 3,246.15 |

## Taxes

| Description | Amount |
|---|---|
| Fed Withholding | 241.76 |
| Fed MED/EE | 45.32 |
| Fed OASDI/EE | 193.77 |
| CA Withholdng | 153.65 |
| CA OASDI/EE | 31.23 |
| **Total:** | **665.73** |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 19.41 |
| Medical | 97.96 |
| Eyewear | 6.04 |
| 401(k) | 97.38 |
| **Total:** | **220.79** |

## After-Tax Deductions

| Description | Amount |
|---|---|
| DEP LIFE | 0.25 |
| Legal | 7.66 |
| LTD | 19.10 |
| SUPL LIFE | 3.39 |
| 401K Loan | 22.61 |
| UNITED WAY | 7.50 |
| **Total:** | **60.51** |

## Employer Paid Benefits

| Description | Amount |
|---|---|
| LIFE* | 2.63 |
| * Taxable | |
| **Total:** | **2.63** |

Pay Inquiry

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | | Amount |
|---|---|---|---|---|---|
| Direct Deposit | 44328072 | Checking | 0637429275 | | 1,149.56 |
| Direct Deposit | 44328072 | Checking | 4440434267 | | 1,149.56 |
| **Total:** | | | | | **2,299.12** |

Return to Pay Check Selection

Pay Inquiry

Help | Customize Page | 🖶

# View Paycheck

Sheila Ackerson

**Company**
Target Corporation
**Address**
1000 Nicollet Mall (TPN-13D)
PO Box 9401
Minneapolis, MN 55440-9401

TMSC: 1-800-394-1885

| | |
|---|---|
| **Net Pay:** | $2,321.72 |
| **Pay Begin Date:** | 08/25/2013 |
| **Pay End Date:** | 09/07/2013 |
| **Check Date:** | 09/13/2013 |

View a Different Paycheck

Review the details of your paycheck.  To view other checks, select

**General**

| | | | |
|---|---|---|---|
| **Name:** | Sheila H. Ackerson | **Business Unit:** | TDSTB |
| **Employee ID:** | 0037526076 | **Pay Group:** | TGT EX  in B states Old Wells |
| | | **Department:** | 0553E5410 - DC ADMIN |
| **Address:** | 7468 ADDISON RD | **Location:** | DC San Bernardino CA |
| | RANCHO CUCAMONGA, CA | **Job Title:** | Group Leader Inbound |
| | 91730-7232 | **Pay Rate:** | $84,400.00          Annual |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **CA Marital Status:** | Single, or Married with two or more inco |
| **Fed Allowances:** | 9 | **CA Allowances:** | 9 |
| **Fed Addl Percent:** | 0.000 | **CA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| Period | Hours Worked | Gross Wages | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,246.15 | 3,027.99 | 665.74 | 258.69 | 2,321.72 |

https://hrpay.target.com/psc/DPPSAHP/EMPLOYEE/HRMS/c/ROLE_EMPLOYEE.PY_IC_PAY_INQ.GBL...      11/12/2013

Pay Inquiry

Page 2 of 3

## Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 08/25/2013 | 09/07/2013 | | | 3,246.15 |

## Taxes

| Description | Amount |
|---|---|
| Fed Withholding | 241.76 |
| Fed MED/EE | 45.32 |
| Fed OASDI/EE | 193.78 |
| CA Withholdng | 153.65 |
| CA OASDI/EE | 31.23 |
| **Total:** | **665.74** |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 19.41 |
| Medical | 97.96 |
| Eyewear | 6.04 |
| 401(k) | 97.38 |
| **Total:** | **220.79** |

## After Tax Deductions

| Description | Amount |
|---|---|
| DEP LIFE | 0.25 |
| Legal | 7.66 |
| LTD | 19.10 |
| SUPL LIFE | 3.39 |
| UNITED WAY | 7.50 |
| **Total:** | **37.90** |

## Employer Paid Benefits

| Description | Amount |
|---|---|
| LIFE* | 2.63 |
| * Taxable | |
| **Total:** | **2.63** |

Net Pay Distribution

Pay Inquiry

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 44077498 | Checking | 0637429275 | 1,160.86 |
| Direct Deposit | 44077498 | Checking | 4440434267 | 1,160.86 |
| **Total:** | | | | **2,321.72** |

Return to Pay Check Selection

Help | Customize Page | Home

# View Paycheck

Sheila Ackerson

**Company**

Target Corporation

**Address**

1000 Nicollet Mall (TPN-13D)

PO Box 9401

Minneapolis, MN 55440-9401

TMSC: 1-800-394-1885

**Net Pay:**          $2,321.75

**Pay Begin Date:** 08/11/2013

**Pay End Date:** 08/24/2013

**Check Date:** 08/30/2013

View a Different Paycheck

Review the details of your paycheck.  To view other checks, select

### General

| | | | |
|---|---|---|---|
| **Name:** | Sheila H. Ackerson | **Business Unit:** | TDSTB |
| **Employee ID:** | 0037526076 | **Pay Group:** | TGT EX in B states Old Wells |
| | | **Department:** | 0553E5410 - DC ADMIN |
| **Address:** | 7468 ADDISON RD | **Location:** | DC San Bernardino CA |
| | RANCHO CUCAMONGA, CA | **Job Title:** | Group Leader Inbound |
| | 91730-7232 | **Pay Rate:** | $84,400.00    Annual |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **CA Marital Status:** | Single, or Married with two or more inco |
| **Fed Allowances:** | 9 | **CA Allowances:** | 9 |
| **Fed Addl Percent:** | 0.000 | **CA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Hours Worked | Gross Wages | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,246.15 | 3,027.99 | 665.71 | 258.69 | 2,321.75 |

https://hrpay.target.com/psc/DPPSAHP/EMPLOYEE/HRMS/c/ROLE_EMPLOYEE.PY_IC_PAY_INQ.GBL

11/12/2013

Pay Inquiry



### Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 08/11/2013 | 08/24/2013 | | | 3,246.15 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 241.76 |
| Fed MED/EE | 45.31 |
| Fed OASDI/EE | 193.77 |
| CA Withholdng | 153.65 |
| CA OASDI/EE | 31.22 |
| **Total:** | **665.71** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 19.41 |
| Medical | 97.96 |
| Eyewear | 6.04 |
| 401(k) | 97.38 |
| **Total:** | **220.79** |

### After Tax Deductions

| Description | Amount |
|---|---|
| DEP LIFE | 0.25 |
| Legal | 7.66 |
| LTD | 19.10 |
| SUPL LIFE | 3.39 |
| UNITED WAY | 7.50 |
| **Total:** | **37.90** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| LIFE* | 2.63 |
| * Taxable | |
| **Total:** | **2.63** |

Net Pay Distribution

Pay Inquiry

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 43824347 | Checking | 0637429275 | 1,160.88 |
| Direct Deposit | 43824347 | Checking | 4440434267 | 1,160.87 |
| **Total:** | | | | **2,321.75** |

Return to Pay Check Selection

11/12/2013

In re  Ackerson

Case No.: 6:10-46364 MJ

Debtor.

(If known)

# DECLARATION OF CURRENT/ POST-PETITION EXPENSES

Complete this statement by providing the monthly expenses of the debtor and the debtor's family **at this time**. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if this is a joint case and debtor's spouse maintains a separate household. Complete a *Declaration of current/Post-Petition Expenses* labeled "Spouse."

1.  Rent or home mortgage payment (include lot rented for mobile home)  $2,195.00

    a.  Are real estate taxes included?    Yes ✔    No _____
    b.  Is property insurance included?    Yes ✔    No _____

2.  Utilities:  a.  Electricity and heating fuel    $138.00
          **b.**  Water and sewer    $45.00
          c.  Telephone    $
          d.  Other Cell Phone    $117.00

3.  Home maintenance (repairs and upkeep)    $100.00
4.  Food    $400.00
5.  Clothing    $120.00
6.  Laundry and dry cleaning    $40.00
7.  Medical and dental expenses    $110.00
8.  Transportation (not including car payments)    $320.00
9.  Recreation, clubs and entertainment, newspapers, magazines, etc.    $100.00
10.  Charitable contributions    $100.00
11.  Insurance (not deducted from wages or included in home mortgage payments)
          a.  Homeowner's or renter's    $
          b.  Life    $38.00
          c.  Health    $
          d.  Auto    $101.00
          e.  Other _____    $
12.  Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____    $
13.  Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
          a.  Auto    $
          b.  Other _____    $
          c.  Other _____    $
14.  Alimony, maintenance, and support paid to others    $
15.  Payments for support of additional dependents not living at your home    $
16.  Regular expenses from operation of business, profession, or farm (attach detailed statement)    $
17.  Other Child Care $600; Personal Care/Housekeeping $103; Pet Care $32; Vehicle Tags $40    $775.00

18.  MONTHLY EXPENSES (Total lines 1-17)    $4,699.00

19.  Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____

20.  STATEMENT OF MONTHLY NET INCOME
    a.  Total monthly income from Line 15 of *Declaration of Current/Post-Petition Income*    $5,343.00
    b.  Total monthly expenses from Line 18 above    $4,699.00
    c.  Monthly net income (a. minus b.)    $644.00

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11 / 15 / 13

_____
Debtor

Dated: _____

_____
Joint Debtor

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.20**

Debtor's Motion For Authority to Incur Debt - *Page 3*                    **F 3015-1.17**

| In re: Ackerson | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-46364 MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4371 Latham Street, Ste 105
Riverside, CA 92501

A true and correct copy of the foregoing document described as Debtor's Motion for Authority to Incur Debt; Exhibits; Declarations of Post-Petition/Current Income and Expenses _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On ___11|8|13___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address indicated below:
US Trustee    ustpregion16.rs.ecf@usdoj.gov
Rod Danielson    notice-efile@rodan13.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___11|8|13___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11|18|13 | Helen Koh | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 3015-1.17**

Label Matrix for local noticing
0973-6
Case 6:10-bk-46364-MJ
Central District Of California
Riverside
Thu Nov 14 10:59:10 PST 2013

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Alliance One
4850 Street Road, Ste 300
Feasterville Trevose, PA 19053-6643

American Infosource Lp As Agent for Wfnnb
As Assignee of
Ann Taylor
PO Box 248872
Oklahoma City, OK  73124-8872

American Infosource Lp As Agent for Wfnnb
As Assignee of
Pottery Barn
PO Box 248872
Oklahoma City, OK  73124-8872

Americas Servicing Co
Po Box 10328
Des Moines, IA 50306-0328

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Bonded Collection Corporation
29 East Madison St., Suite 1650
Chicago, IL 60602-4435

CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

CarMax Auto Finance
P. O. Box 440609
Kennesaw, GA 30160-9511

Carmax Auto Finance
2040 Thalbro St
Richmond, VA 23230-3200

Chase Bank USA,N.A
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

Chld/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Cpu/Cbsd
RE: 76 Gas Card
Po Box 6497
Sioux Falls, SD 57117-6497

Pia Card Services, NA As Successor In Intere
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

Financial Engines
100 Half Day Road
PO Box 1446
Lincolnshire, IL 60069-1446

Gemb/Banarepdc
Po Box 981400
El Paso, TX 79998-1400

Gemb/Gap
Po Box 981400
El Paso, TX 79998-1400

Gemb/Ge Money Bank Low
Po Box 103065
Roswell, GA 30076

Gemb/Old Navy
Po Box 981400
El Paso, TX 79998-1400

Golden State Credit Sv
280 N Benson Ave Ste 6
Upland, CA 91786-5652

John G Hockin II, DDS
600 N. Euclid Ave, Ste 102
Upland, CA 91786-4779

Kohls/Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Nordstrom Fsb
Po Box 6565
Englewood, CO 80155-6565

Nordstrom fsb
P.O. Box 6566
Englewood, CO 80155-6566

North Group, INC.
PO Box 390846
Minneapolis, MN 55439-0846

PNC BANK
PO BOX 94982
CLEVELAND, OH 44101-4982

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Banana Republic
POB 41067
Norfolk VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Lowes
POB 41067
Norfolk VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Old Navy
POB 41067
Norfolk VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o The Gap
POB 41067
Norfolk VA 23541-1067

Pncbank
2730 Liberty Ave
Pittsburgh, PA 15222-4747

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Prudential Financial
FIA Card Services
PO Box 15026
Wilmington, DE 19850-5026

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target Nb
Po Box 673
Minneapolis, MN 55440-0673

Us Dept Of Education
Po Box 5609
Greenville, TX 75403-5609

Wfnnb/Ann Taylor
Po Box 182273
Columbus, OH 43218-2273

Wfnnb/Pottery Barn
Po Box 182273
Columbus, OH 43218-2273

Dale Parham
4371 Latham St Ste 105
Riverside, CA 92501-1731

Michael Smith
Winterbotham Parham Teeple PC
4371 Latham St
Ste 105
Riverside, CA 92501-1731

Rod (MJ) Danielson (TR)
3787 University Avenue
Riverside, CA 92501-3332

Sheila H Ackerson
7468 Addison Road
Rancho Cucamonga, CA 91730-7232

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Childrens Place
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Union Consumer
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47